No. 87–1822.  DAVIDSON ET AL. *v.* UNITED STATES DEPARTMENT OF ENERGY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 87–1861.  GREEN, CITY CLERK, HIGHLAND PARK, MICHIGAN, ET AL. *v.* FRANKLIN ET AL.  Sup. Ct. Mich.  Certiorari denied.

No. 87–1874.  DENSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–1878.  THORNTON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 87–1879.  NOEL *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 87–1899.  QURESHI *v.* NATIONAL SAVINGS & TRUST CO. ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 87–1924.  WILMSHURST ET AL. *v.* CHEVROLET MOTOR DIVISION, GENERAL MOTORS CORP.  C. A. 9th Cir.  Certiorari denied.

No. 87–5868.  MILLER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 87–6238.  THORNE *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 87–6356.  SHABAZZ *v.* THURMAN, SUPERINTENDENT, CALIFORNIA INSTITUTION FOR MEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–6468.  ZIMMERLEE *v.* MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 87–6486.  LEVERT *v.* ESTELLE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 87–6588.  STEPHANY *v.* WAGNER ET AL.  C. A. 3d Cir.  Certiorari denied.